---

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____     Chapter ___11___

☐ Check if this is an
amended filing

---

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/16

If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Dominion Steel Specialties, Inc.** |
| 2. | All other names debtor used in the last 8 years | |
| | Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | _2_ _7_ – _0_ _0_ _1_ _7_ _6_ _1_ _1_ |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **5301 Polk St., Bldg 18** | |
| Number    Street | Number    Street |
| | P.O. Box |
| **Houston**          **TX**      **77023** | |
| City                State      ZIP Code | City                State    ZIP Code |
| **Harris** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number    Street |
| | City                State    ZIP Code |

5. Debtor's website (URL)

6. Type of debtor

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other.  Specify: _____

---

Debtor __Dominion Steel Specialties, Inc._____     Case number (if known) _____

| | |
|---|---|
| **7.** **Describe debtor's business** | *A. Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

*B. Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/

____ ____ ____ ____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11.   *Check all that apply:*

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes. District _____ When _____ Case number _____
                                          MM / DD / YYYY
        District _____ When _____ Case number _____
                                          MM / DD / YYYY
        District _____ When _____ Case number _____
                                          MM / DD / YYYY

Debtor **Dominion Steel Specialties, Inc.**                                Case number (if known) _____

| | |
|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☑ No |
| | ☐ Yes. Debtor _____  Relationship _____ |
| List all cases. If more than 1, attach a separate list. | District _____  When _____ MM / DD / YYYY |
| | Case number, if known _____ |
| | Debtor _____  Relationship _____ |
| | District _____  When _____ MM / DD / YYYY |
| | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**     *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**
_____
Number     Street
_____
_____
City          State   ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

## Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*
☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Debtor __Dominion Steel Specialties, Inc.__        Case number (if known) _____

| 14. | Estimated number of creditors | ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|---|
| | | ☑ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | | ☐ 200-999 | | |

| 15. | Estimated assets | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|---|
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. | Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|---|
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Part X:   Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. | Declaration and signature of authorized representative of debtor | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|---|
| | | I have been authorized to file this petition on behalf of the debtor. |
| | | I have examined the information in this petition and have a reasonable belief that the information is true and correct. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __08/18/2016__
             MM / DD / YYYY

X __/s/ Robert R. Comeaux, Jr.__          __Robert R. Comeaux, Jr.__
    Signature of authorized representative of debtor      Printed name

Title __President__

| 18. | Signature of attorney | X __/s/ Kimberly A. Bartley__        Date __08/18/2016__ |
|---|---|---|
| | |    Signature of Attorney for Debtor           MM / DD / YYYY |

                       __Kimberly A. Bartley__
                       Printed name

                       __Waldron & Schneider, L.L.P.__
                       Firm Name

                       __15150 Middlebrook Dr.__
                       Number        Street

                       __Houston__        __TX__      __77078__
                       City                   State      ZIP Code

                       Contact phone __(281) 488-4438__       Email address __kbartley@ws-law.com__

                       __24032114__                   __TX__
                       Bar number                  State

---

**Fill in this information to identify the case**

Debtor name   **Dominion Steel Specialties, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

---

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

---

### Part 1:   Cash and cash equivalents

1.   **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes.  Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of
debtor's interest

2.   **Cash on hand**

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  **Comerica**<br>**Acct # xxx9591** | **Checking account** | __ __ __ __ | $5,623.42 |

4.   **Other cash equivalents**   *(Identify all)*

Name of institution (bank or brokerage firm)

5.   **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets).  Copy the total to line 80.

| $5,623.42 |
|---|

---

### Part 2:   Deposits and prepayments

6.   **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes.  Fill in the information below.

Debtor **Dominion Steel Specialties, Inc.** _____ Case number (if known) _____
Name

|  |  | Current value of debtor's interest |
|---|---|---|
| **7.** | **Deposits, including security deposits and utility deposits** |  |
|  | Description, including name of holder of deposit |  |
| 7.1. | Pelac Central City - Landlord _____ | $11,300.00 |
| **8.** | **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent** |  |
|  | Description, including name of holder of prepayment |  |
| **9.** | **Total of Part 2.** Add lines 7 through 8. Copy the total to line 81. | $11,300.00 |

## Part 3:  Accounts receivable

**10.  Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

**11.  Accounts receivable**

|  | | | | | Current value of debtor's interest |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | $0.00 face amount | − | $0.00 doubtful or uncollectible accounts | = ⋯⋯ → | $0.00 |
| 11b. Over 90 days old: | $599,581.54 face amount | − | $0.00 doubtful or uncollectible accounts | = ⋯⋯ → | $599,581.54 |

**12.  Total of Part 3**
Current value on lines 11a + 11b = line 12. Copy the total to line 82. | $599,581.54

## Part 4:  Investments

**13.  Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14.  Mutual funds or publicly traded stocks not included in Part 1** |  |  |
| Name of fund or stock: |  |  |
| **15.  Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** |  |  |
| Name of entity:                    % of ownership: |  |  |
| **16.  Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** |  |  |
| Describe: |  |  |
| **17.  Total of Part 4** Add lines 14 through 16. Copy the total to line 83. |  | $0.00 |

## Part 5:  Inventory, excluding agriculture assets

**18.  Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

Debtor    **Dominion Steel Specialties, Inc.**                              Case number (if known) _____
          Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** | | | | |
| **Inventory - See Attached "Exhibit-Inventory"** | | | | $2,074,001.43 |

23. **Total of Part 5**
    Add lines 19 through 22. Copy the total to line 84.
    
    $2,074,001.43

24. **Is any of the property listed in Part 5 perishable?**
    ☑ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☑ No
    ☐ Yes.  Book value _____   Valuation method _____   Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

### Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**
    ☑ No.  Go to Part 7.
    ☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops--either planted or harvested** | | | |
| 29. **Farm animals**  *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6.**
    Add lines 28 through 32.  Copy the total to line 85.
    
    $0.00

34. **Is the debtor a member of an agricultural cooperative?**
    ☑ No
    ☐ Yes.  Is any of the debtor's property stored at the cooperative?
       ☐ No
       ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ☑ No
    ☐ Yes.  Book value _____   Valuation method _____   Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ☑ No
    ☐ Yes

Debtor   **Dominion Steel Specialties, Inc.**                          Case number (if known) _____
         Name

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
   ☒ No
   ☐ Yes

---

**Part 7:   Office furniture, fixtures, and equipment; and collectibles**

---

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No. Go to Part 8.
   ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| **Office Furniture and Fixtures** **See attached "Exhibit - Depreciation Schedule"** | _____ | **Cost Basis** | **$9,664.00** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **Office and Computer Equipment** **See attached "Exhibit - Depreciation Schedule"** | _____ | **Cost Basis** | **$267,126.00** |

42. **Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
   Add lines 39 through 42.  Copy the total to line 86.                          | **$276,790.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ☐ No
   ☒ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ☒ No
   ☐ Yes

---

**Part 8:   Machinery, equipment, and vehicles**

---

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No. Go to Part 9.
   ☒ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

Debtor    **Dominion Steel Specialties, Inc.**    Case number (if known) _____
          Name

50. Other machinery, fixtures, and equipment (excluding farm
    machinery and equipment)

    **Warehouse Equipment**
    **See attached "Exhibit - Depreciation Schedule"** _____    Cost Basis    **$181,763.00**

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.    | **$181,763.00** |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☑ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

    ☑ No.  Go to Part 10.
    ☐ Yes.  Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|

56. **Total of Part 9.**
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.    | **$0.00** |

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☑ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 10:  Intangibles and Intellectual Property

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No.  Go to Part 11.
    ☑ Yes.  Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|

60. **Patents, copyrights, trademarks, and trade secrets**

    **Trademark**
    **See attached "Exhibit - Depreciation Schedule"** _____    Cost Basis    **$499.00**

61. **Internet domain names and websites**

    **Website**
    **See attached "Exhibit - Depreciation Schedule"** _____    Cost Basis    **$9,176.00**

Debtor   **Dominion Steel Specialties, Inc.**                                   Case number (if known) _____
_____
Name

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**
Add lines 60 through 65.  Copy the total to line 89.                                    | $9,675.00 |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
   ☑ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ☑ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ☑ Yes.  Fill in the information below.

                                                                         Current value of
                                                                         debtor's interest

71. **Notes receivable**

   Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**

   Description (for example, federal, state, local)

   **Federal Tax Receivable** _____        Tax year _____         $12,409.00

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature,
   including counterclaims of the debtor and rights to set off claims**

   **Potential Claim** _____              **Unknown**
   Nature of claim     **Potential Claim** _____
   Amount requested   _____

   **Refund of Credit** _____              $84.00
   Nature of claim     **Refund** _____
   Amount requested   _____

76. **Trusts, equitable or future interests in property**

Debtor   **Dominion Steel Specialties, Inc.**                                    Case number (if known) _____
                          Name

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

    **401(k)**
    **Sentry Insurance - Fund Agent**
    **Austin Capital - 3rd Party Administrator** _____           $219,863.42

78. **Total of Part 11.**
    Add lines 71 through 77.  Copy the total to line 90.                                           $232,356.42

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 12:  Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $5,623.42 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $11,300.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $599,581.54 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $2,074,001.43 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $276,790.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $181,763.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .......................➔ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $9,675.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $232,356.42 | |
| 91. **Total.**  Add lines 80 through 90 for each column. | 91a. $3,391,090.81  + | 91b. $0.00 |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92 ..........................................................   $3,391,090.81

**Fill in this information to identify the case:**

Debtor name **Dominion Steel Specialties, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1.   **Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2.   **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A*<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | *Column B*<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|
| **2.1**  **Creditor's name**<br>**Crestmark Bank**<br><br>**Creditor's mailing address**<br>**5480 Corporate Dr, Ste 350**<br><br><br>**Troy         MI    48098**<br><br>**Creditor's email address, if known**<br><br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor, and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**Inventory - See Attached "Exhibit-Inventory"**<br><br>**Describe the lien**<br>**Loan - Line of Credit**<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $891,000.00 | $2,074,001.43 |

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$891,000.00

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td><strong>Dominion Steel Specialties, Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><strong>SOUTHERN DISTRICT OF TEXAS</strong></td></tr>
<tr><td>Case number<br>(if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims
12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☑ No.  Go to Part 2.
    ☐ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
    If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

    <strong>Total claim          Priority amount</strong>

Debtor   **Dominion Steel Specialties, Inc.**                          Case number (if known) _____

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.**  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

**5M Rope & Supply**

**2505 Max Road**

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

**Pearland**                    **TX**      **77581**

Basis for the claim:
**Business**

Date or dates debt was incurred        _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$929.80** |
| --- | --- | --- | --- |

**Accu-Tech Computer Services**

**P.O. Box 82609**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Baton Rouge**              **LA**      **70883**

Basis for the claim:
**Vendor/Supplier**

Date or dates debt was incurred        _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$180.00** |
| --- | --- | --- | --- |

**Aguirre's Trucking**

**P.O. Box 231312**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**                    **TX**      **77223**

Basis for the claim:
**Vendor/Supplier**

Date or dates debt was incurred        _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

**All-Star Tire Co., Inc.**

**P.O. Box 5039**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**                    **TX**      **77262**

Basis for the claim:
**Vendor/Supplier**

Date or dates debt was incurred        _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

Debtor **Dominion Steel Specialties, Inc.**　　　　　　Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.5** Nonpriority creditor's name and mailing address

**American Express**
_____
_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Credit Card**

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

**3.6** Nonpriority creditor's name and mailing address

**Apple Courier**
**1547 Laird**
_____
_____
**Houston**　　**TX**　**77008**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor/Supplier**

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$98.60**

**3.7** Nonpriority creditor's name and mailing address

**Austin Capital Retirement Plan**
**1700 Pacific Ave, Ste 3650**
_____
_____
**Dallas**　　**TX**　**75201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business**

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$227.50**

**3.8** Nonpriority creditor's name and mailing address

**B/A Products Co**
**8925 McGar Court**
_____
_____
**Columbia**　　**MD**　**21045**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor/Supplier**

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**$26,004.96**

Debtor  **Dominion Steel Specialties, Inc.**                    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.9**  Nonpriority creditor's name and mailing address

**Blair Corporation**

**26797 Hanna Rd**

**Building 2, Suite 2**

_____

**Oak Ridge North            TX       77385**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor/Supplier**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.10**  Nonpriority creditor's name and mailing address

**Block Division, Inc.**

**P.O. Box 1297**

_____

_____

**Wichita Falls              TX       76307**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business**

Is the claim subject to offset?
☑ No
☐ Yes

**$134.90**

---

**3.11**  Nonpriority creditor's name and mailing address

**Blue & Grey Transport**

**P.O. Box 809182**

_____

**Chicago                    IL       60609**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor/Supplier**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.12**  Nonpriority creditor's name and mailing address

**Blue Cross Blue Shield of TX**

**P.O. Box 1186**

_____

**Chicago                    IL       60609**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Insurance**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor __**Dominion Steel Specialties, Inc.**_____     Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.13** Nonpriority creditor's name and mailing address

**Brunel & Sucar, Inc.**

**301 Wells Fargo Dr**

**Suite C-5**

**Houston, TX  7090**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$268.46

---

**3.14** Nonpriority creditor's name and mailing address

**Cartridge World Montrose**

**2055 Westheimer, Ste 165**

**Houston                TX      77098**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor/Supplier**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$295.46

---

**3.15** Nonpriority creditor's name and mailing address

**China Export & Credit Insurance Corporat**

**c/o Elizabeth Dawson**

**Brown & Joseph Ltd**

**One Pierce Place, Ste 1225**

**W Itasca                IL      60143**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor/Supplier**

Date or dates debt was incurred _____

Last 4 digits of account number   2   2   4   2

Is the claim subject to offset?
☑ No
☐ Yes

$14,105.80

**Qingdao Hailinda Hardware & Rigging Co., Ltd. (Sinosure)**

---

**3.16** Nonpriority creditor's name and mailing address

**Chung Woo Wire Rope**

**P.O. Box 5277**

**Sherorn                MA      01770**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor/Supplier**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$403,179.17

Debtor   **Dominion Steel Specialties, Inc.**                                   Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,748.89 |
|---|---|---|---|

**Columbus McKinnon Corp**

**P.O. Box 536400**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Pittsburgh**                    **PA      15253**

Basis for the claim:
**Business**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | $233.44 |
|---|---|---|

**Cox Communications, Inc.**

**P.O. Box 61027**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**New Orleans**                    **LA      70161**

Basis for the claim:
**Business**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | $722,341.15 |
|---|---|---|

**Dragon Trading, Inc.**

**211 East 70th St, Suite 20D**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**New York**                    **NY      10021**

Basis for the claim:
**Vendor/Supplier**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | $232.75 |
|---|---|---|

**Fastway Frieght Systems**

**P.O. Box 87644**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**                    **TX      77287**

Basis for the claim:
**Vendor/Supplier**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Debtor   **Dominion Steel Specialties, Inc.**                     Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $133.48 |
| | | Check all that apply. | |

**Ferrellgas**

**P.O. Box 173940**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business**

Denver                   CO     80217

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $374.00 |
| | | Check all that apply. | |

**General Work Products**

**4912 Mehurin St**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business**

Jefferson                LA     70121

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $574.40 |
| | | Check all that apply. | |

**Gorman Uniform**

**9021 Katy Freeway**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Vendor/Supplier**

Houston                  TX     77024

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
| | | Check all that apply. | |

**Humana Insurance Company**

**P.O. Box 533**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Insurance**

Carol Stream             IL     60132

Date or dates debt was incurred   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

Debtor   **Dominion Steel Specialties, Inc.**                                  Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $758.16 |

**J's Delivery Service**

**P.O. Box 230934**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston                    TX      77223**

**Basis for the claim:**
**Business**

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77,282.00 |

**Jiangyin Hengfeng Steel Products Co Ltd**

**No 631 Longding Rd.**

**Shanguan Industrial Park**

**Jiangyin Wuxi**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Vendor/Supplier**

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Kahanek Printing**

**1112 Kress St**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston                    TX      77020**

**Basis for the claim:**
**Vendor/Supplier**

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $66,505.00 |

**KOS American, Inc.**

**4600 Cantell Rd**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Flowery Branch            GA      30542**

**Basis for the claim:**
**Business**

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

Debtor    **Dominion Steel Specialties, Inc.**                                        Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $115.10 |
|---|---|---|---|

**Laclede Chain Manufacturing Co**

**3201 Momentum Place**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Chicago**            IL      60689

Basis for the claim:
**Vendor/Supplier**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,271.95 |
|---|---|---|---|

**Mark Frederick & Assoc**

**P.O. Box 842569**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**            TX      77284

Basis for the claim:
**Business**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,729.55 |
|---|---|---|---|

**McWhirter Wood Products, Inc.**

**5815 Schuler St**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**            TX      77007

Basis for the claim:
**Vendor/Supplier**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $69,678.74 |
|---|---|---|---|

**Nantong Hexing Chain Co., Ltd**

**Industrial Zone, Xindian Town**

**Rudding County, Jiangsu Province**

**Nantong, China**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor/Supplier**

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| Debtor | **Dominion Steel Specialties, Inc.** | Case number (if known) | |
|---|---|---|---|

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $171.04 |
|---|---|---|---|

**Net Slyder, Inc.**

**P.O. Box 842569**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Houston** | **TX** | **77284** |
|---|---|---|

Basis for the claim:
**Business**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $171.04 |
|---|---|---|---|

**On Hold Marketing Works**

**9135 Katy Frwy, Ste 217**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Houston** | **TX** | **77024** |
|---|---|---|

Basis for the claim:
**Business**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $53.70 |
|---|---|---|---|

**Ozarka**

**P.O. Box 856680**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Louisville** | **KY** | **40285** |
|---|---|---|

Basis for the claim:
**Business**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $101,952.00 |
|---|---|---|---|

**Pelac Central City**

**5301 Polk St., Bldg 625**

☐ Contingent
☐ Unliquidated
☐ Disputed

| **Houston** | **TX** | **77023** |
|---|---|---|

Basis for the claim:
**Contract/Lease**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

**Buildings 17A & 18
5301 Polk St
Houston, TX  77023**

Debtor   **Dominion Steel Specialties, Inc.**                                      Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.37 | Nonpriority creditor's name and mailing address |
|---|---|

**Phoenix Rigging Products**

**1525A West Orange Grove Ave**

_____

**Orange**                    **CA**    **92868**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Vendor/Supplier**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$10,915.72

---

| 3.38 | Nonpriority creditor's name and mailing address |
|---|---|

**PSR Sales**

**P.O. Box 211320**

_____

**Eagan**                    **MN**    **55121**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$311.13

---

| 3.39 | Nonpriority creditor's name and mailing address |
|---|---|

**Quality Marine**

**5001 Lindsay Ct**

_____

**Chino**                    **CA**    **91710**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Vendor/Supplier**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$3,959.65

---

| 3.40 | Nonpriority creditor's name and mailing address |
|---|---|

**Quality Reel Solutions, LLC**

**4555 AirlineDr., Ste 105**

_____

**Houston**                    **TX**    **77022**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Vendor/Supplier**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$1,091.52

---

Debtor   **Dominion Steel Specialties, Inc.**                    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $427.69 |
|---|---|---|---|

*Check all that apply.*

**Republic Services #852**

**P.O. Box 78829**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Phoeniz                    AZ      85062      **Vendor/Supplier**

Date or dates debt was incurred      _____

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __
- ☑ No
- ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $25,490.69 |
|---|---|---|---|

*Check all that apply.*

**Samco Sales, Inc.**

**7444 Calhoun**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Houston                    TX      77033      **Business**

Date or dates debt was incurred      _____

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __
- ☑ No
- ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,710.74 |
|---|---|---|---|

*Check all that apply.*

**Saturn Industries Ltd**

**37 Sylvan Way**

**Winnipeg, MB R2R 2B9**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Vendor/Supplier**

Date or dates debt was incurred      _____

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __
- ☑ No
- ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $64.20 |
|---|---|---|---|

*Check all that apply.*

**Shred Pro**

**P.O. Box 690166**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Houston                    TX      77269      **Vendor/Supplier**

Date or dates debt was incurred      _____

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __
- ☑ No
- ☐ Yes

---

| Debtor | **Dominion Steel Specialties, Inc.** | Case number (if known) | |
|---|---|---|---|

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.45**   Nonpriority creditor's name and mailing address

**Southeast Pallet, Inc.**

**P.O. Box 262393**

**Houston**                              **TX**        **77207**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor/Supplier**

Is the claim subject to offset?
☑ No
☐ Yes

**$815.50**

**3.46**   Nonpriority creditor's name and mailing address

**Southwestern Motor Tansport**

**P.O. Box 47906**

**San Antonio**                         **TX**        **78265**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor/Supplier**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,663.22**

**3.47**   Nonpriority creditor's name and mailing address

**Sunbelt Industrial Trucks**

**1617 Terre Colony Court**

**Dallas**                                  **TX**        **75212**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business**

Is the claim subject to offset?
☑ No
☐ Yes

**$616.82**

**3.48**   Nonpriority creditor's name and mailing address

**UASD INC**

**26328 Corporate Ave**

**Hayward**                              **TX**        **94545**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Vendor/Supplier**

Is the claim subject to offset?
☑ No
☐ Yes

**$7,702.50**

Debtor   **Dominion Steel Specialties, Inc.**                                          Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**Uline**

**P.O. Box 88741**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Chicago**                    IL      60680

Basis for the claim:
**Vendor/Supplier**

Date or dates debt was incurred        _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number        __ __ __ __

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,016.50 |
|---|---|---|---|

**Universal Forklift Supply LLC**

**9159 Wallisville Rd**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Houston**                    TX      77023

Basis for the claim:
**Vendor/Supplier**

Date or dates debt was incurred        _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number        __ __ __ __

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,504.48 |
|---|---|---|---|

**Universal Int'l Services Inc**

**P.O. Box 60446-AMF**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Houston**                    TX      77205

Basis for the claim:
**Vendor/Supplier**

Date or dates debt was incurred        _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number        __ __ __ __

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,106.10 |
|---|---|---|---|

**US Rigging Supply**

**1600 E McFadden**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Sanda Ana**                    CA      94705

Basis for the claim:
**Vendor/Supplier**

Date or dates debt was incurred        _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number        __ __ __ __

Debtor   **Dominion Steel Specialties, Inc.**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          **Amount of claim**

---

**3.53**    Nonpriority creditor's name and mailing address

**USHA Martin Americas**

**P.O. Box 120128**

**Dept 0128**

**Dallas**           **TX**    **75312**

Date or dates debt was incurred      _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Business**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$285,608.34**

---

**3.54**    Nonpriority creditor's name and mailing address

**Van Beest USA LLC**

**P.O. Box 15674**

**Houston**         **TX**    **77220**

Date or dates debt was incurred      _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Business**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$109.50**

---

**3.55**    Nonpriority creditor's name and mailing address

**Volunteer Wire Rope**

**2716 John Deere Dr**

**Knoxville**        **TN**    **37197**

Date or dates debt was incurred      _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Vendor/Supplier**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$109.50**

---

**3.56**    Nonpriority creditor's name and mailing address

**Yoke, Inc.**

**17315 Studebaker Rd, Ste 120**

**Cerritos**         **CA**    **90703**

Date or dates debt was incurred      _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Vendor/Supplier**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$356,982.98**

---

Debtor   **Dominion Steel Specialties, Inc.**                    Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4.   **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.**  Examples of entities that may be
     listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

     **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages
     are needed, copy the next page.**

| **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|

4.1   **J. Michael Jones**                          Line  **3.15**                 ___ ___ ___ ___

      **The Leviton Law Firm, Ltd**                 ☐ Not listed.  Explain:

      **3 Golf Center, Ste 361**

      _____

      **Hoffman Estates          IL        60169**

Debtor   **Dominion Steel Specialties, Inc.**                              Case number (if known) _____

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.   **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. _____ **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. **+** _____ **$2,208,957.82** |
| 5c. | **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. **$2,208,957.82** |

<table>
<tr><td colspan="2" style="background:black;color:white">**Fill in this information to identify the case:**</td></tr>
<tr><td>Debtor name</td><td>**Dominion Steel Specialties, Inc.**</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>**SOUTHERN DISTRICT OF TEXAS**</td></tr>
<tr><td>Case number (if known)</td><td>Chapter **11**</td></tr>
</table>

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                 12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.  **List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Buildings 17A & 18<br>5301 Polk St<br>Houston, TX  77023<br>**Contract to be ASSUMED** | **Pelac Central City** |
| | | | 5301 Polk St., Bldg 625 |
| | State the term remaining | **9 Months** | |
| | List the contract number of any government contract | | |
| | | | Houston                TX        77023 |

<table>
<tr><td colspan="2"><b>Fill in this information to identify the case:</b></td></tr>
<tr><td>Debtor name</td><td><b>Dominion Steel Specialties, Inc.</b></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><b>SOUTHERN DISTRICT OF TEXAS</b></td></tr>
<tr><td>Case number<br>(if known)</td><td></td></tr>
</table>

☐ Check if this is an
   amended filing

## Official Form 206H

## Schedule H: Codebtors

**12/15**

**Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries
consecutively.  Attach the Additional Page to this page.**

1.  **Does the debtor have any codebtors?**

    ☐  No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.

    ☑  Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the
    schedules of creditors, *Schedules D-G.*  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is
    owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor
    separately in Column 2.**

| Column 1:  Codebtor | | Column 2:  Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **2.1  Robert R. Comeaux, Jr.** | **1409 Pine Ash Court**<br>Number        Street<br><br>**Pearland**      **TX   77581**<br>City                          State   ZIP Code | **Crestmark Bank** | ☑  D<br>☐  E/F<br>☐  G |
| **2.2  Robert R. Comeaux, Jr.** | **1409 Pine Ash Court**<br>Number        Street<br><br>**Pearland**      **TX   77581**<br>City                          State   ZIP Code | **American Express** | ☐  D<br>☑  E/F<br>☐  G |

**Fill in this information to identify the case:**

Debtor Name **Dominion Steel Specialties, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1:   Summary of Assets

1.   *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

   1a.   **Real property:**
   Copy line 88 from Schedule A/B........................................................................... | **$0.00**

   1b.   **Total personal property:**
   Copy line 91A from Schedule A/B......................................................................... | **$3,391,090.81**

   1c.   **Total of all property**
   Copy line 92 from Schedule A/B........................................................................... | **$3,391,090.81**

## Part 2:   Summary of Liabilities

2.   *Schedule D: Creditors Who Hold Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, at the bottom of page 1 of Schedule D................. | **$891,000.00**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a.   **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F.................................... | **$0.00**

   3b.   **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................ | **+ $2,208,957.82**

4.   **Total liabilities**
   Lines 2 + 3a + 3b............................................................................................ | **$3,099,957.82**

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case and this filing:</strong></td></tr>
<tr><td>Debtor Name</td><td><strong>Dominion Steel Specialties, Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><strong>SOUTHERN DISTRICT OF TEXAS</strong></td></tr>
<tr><td>Case number<br>(if known)</td><td></td></tr>
</table>

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents.  This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **08/18/2016**
         MM / DD / YYYY

X **/s/ Robert R. Comeaux, Jr.**
Signature of individual signing on behalf of debtor

**Robert R. Comeaux, Jr.**
Printed name

**President**
Position or relationship to debtor

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Dominion Steel Specialties, Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><strong>SOUTHERN DISTRICT OF TEXAS</strong></td></tr>
<tr><td>Case number<br>(if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:    Income

**1.    Gross revenue from business**

☐ None

**Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year**

| | | | | | Sources of revenue<br>Check all that apply. | Gross revenue<br>(before deductions<br>and exclusions |
|---|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From | **03/03/2016** | to | Filing date | ☑ Operating a business<br>☐ Other | **$737,463.99** |
| **For prior year:** | From | **03/03/2015** | to | **03/02/2016** | ☑ Operating a business<br>☐ Other | **$4,069,353.58** |
| **For the year before that:** | From | **03/03/2014** | to | **03/02/2015** | ☑ Operating a business<br>☐ Other | **$5,394,600.07** |

**2.    Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

## Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

**3.    Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **See "Exhibit - Payments to Creditors"**<br>Creditor's name<br><br>Number    Street<br><br><br>City                                  State    ZIP Code | | | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other |

Debtor   **Dominion Steel Specialties, Inc.**                                    Case number (if known) _____
_____
Name

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425.  (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).

☑ None

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☑ None

**6.    Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Part 3: | Legal Actions or Assignments |
|---|---|

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or government audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Dominion Steel Specialties, Inc v Usha Martin America, Inc.** | **Breach of Contract Non-Suited 5-6-15** | **157th Judicial District Court, Harris Ct**<br>Name | ☐ Pending |
| | | | | ☐ On appeal |
| | | | Number    Street | ☑ Concluded |
| | **Case number**<br>**2015-21505** | | |
| | | | City            State    ZIP Code | |

**8.    Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Debtor   **Dominion Steel Specialties, Inc.**                                    Case number (if known) _____
_____Name_____

## Part 4:    Certain Gifts and Charitable Contributions

9.    List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the
      aggregate value of the gifts to that recipient is less than $1,000.

   ☑ None

## Part 5:    Certain Losses

10.   All losses from fire, theft, or other casualty within 1 year before filing this case.

   ☑ None

## Part 6:    Certain Payments or Transfers

11.   **Payments related to bankruptcy**
      List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year
      before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or
      restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ☐ None

| Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Waldron & Schneider, L.L.P.** | | | **$21,717.00** |
| **Address** | | | |
| **15150 Middlebrook Dr.** | | | |
| Number   Street | | | |
| **Houston**           **TX**      **77078** | | | |
| City                 State     ZIP Code | | | |
| **Email or website address** | | | |
| | | | |
| **Who made the payment, if not debtor?** | | | |
| | | | |

12.   **Self-settled trusts of which the debtor is a beneficiary**
      List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing
      of this case to a self-settled trust or similar device.
      Do not include transfers already listed on this statement.

   ☑ None

Debtor   **Dominion Steel Specialties, Inc.**_____   Case number (if known) _____
          Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☑ None

## Part 7:   Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained _____

        Does the debtor have a privacy policy about that information?
        ☐ No.
        ☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No.  Go to Part 10.
☑ Yes.  Does the debtor serve as plan administrator?
        ☑ No.  Go to Part 10.
        ☐ Yes.  Fill in below:

Debtor  **Dominion Steel Specialties, Inc.**                                    Case number (if known) _____
        Name

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. **Comerica Bank**<br>Name<br><br>Number   Street<br><br><br>City         State   ZIP Code | XXXX- **8   0   8   2** | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | **4-15-16** | **$0.00** |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Scocia Marine**<br>Name<br><br>Number   Street<br><br><br>City         State   ZIP Code | **5301 Polk St, Bldg 18**<br><br>**Houston          TX    77023** | **Wire rope inventory held Scotia Marine to be sold on consignment.** | **$45,000.00** |

Debtor   **Dominion Steel Specialties, Inc.**                                                   Case number (if known) _____
Name

---

| **Part 12:** | **Details About Environmental Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
    Include settlements and orders.

    ☑ No
    ☐ Yes.  Provide details below.

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ☑ No
    ☐ Yes.  Provide details below.

24. **Has the debtor notified any govermental unit of any release of hazardous material?**

    ☑ No
    ☐ Yes.  Provide details below.

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

    ☑ None

26. **Books, records, and financial statements**

    26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

    ☐ None

| | Name and address | | | Dates of service | | |
|---|---|---|---|---|---|---|
| 26a.1. | **Jerry Caldwell** | | | From | **7-2008** | To | **Present** |
| | Name | | | | | |
| | **5301 Polk** | | | | | |
| | Street | | | | | |
| | **Bldg 18** | | | | | |
| | **Houston** | **TX** | **77023** | | | |
| | City | State | ZIP Code | | | |

| | Name and address | | | Dates of service | | |
|---|---|---|---|---|---|---|
| 26a.2. | **Debbie Comeaux** | | | From | **2013** | To | **Present** |
| | Name | | | | | |
| | **5301 Polk** | | | | | |
| | Street | | | | | |
| | **Bldg. 18** | | | | | |
| | **Houston** | **TX** | **77023** | | | |
| | City | State | ZIP Code | | | |

---

Debtor      **Dominion Steel Specialties, Inc.**                                     Case number (if known) _____
            Name

| | Name and address | Dates of service |
|---|---|---|
| 26a.3. | **Connie Gray** | From __**2008**__ To __**2013**__ |
| | Name | |
| | **5301 Polk** | |
| | Street | |
| | **Bldg. 18** | |
| | **Houston**          **TX**      **77023** | |
| | City          State      ZIP Code | |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26b.1. | **CPAs - See Tax Returns** | From _____ To _____ |
| | Name | |
| | Street | |
| | City          State      ZIP Code | |

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **CPAs** | |
| | Name | |
| | Street | |
| | City          State      ZIP Code | |

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

Name and address

| | |
|---|---|
| 26d.1. | **Chung Woo Wire Rope** |
| | Name |
| | **P.O. Box 5277** |
| | Street |
| | **Sherorn**          **MA**      **01770** |
| | City          State      ZIP Code |

Name and address

| | |
|---|---|
| 26d.2. | **Dragon Trading, Inc.** |
| | Name |
| | **211 East 70th St, Suite 20D** |
| | Street |
| | **New York**          **NY**      **10021** |
| | City          State      ZIP Code |

Debtor  **Dominion Steel Specialties, Inc.** _____  Case number (if known) _____
Name

**Name and address**

26d.3.  **Crestmark Bank** _____
Name

_____
Street

_____

_____
City                          State        ZIP Code

**Name and address**

26d.4.  **Comerica Bank** _____
Name

_____
Street

_____

_____
City                          State        ZIP Code

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.
☐ Yes.  Give the details about the two most recent inventories.

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Robert R. Comeaux, Jr. | 5301 Polk Bldg 18 Houston, TX 77023 | President | 100% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes.  Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.  **Robert R. Comeaux, Jr.**<br>Name<br><br>Street<br><br>City        State   ZIP Code<br><br>**Relationship to debtor**<br>**President** | **Salary**<br>**$57,054.16** | **2016 See attached "Exhibit - Robert Comeaux 2016 Payments"** | **Services rendered as employee.** |

Debtor    **Dominion Steel Specialties, Inc.**                                         Case number (if known) _____
_____
Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.2.  **Robert R. Comeaux, Jr.** <br> ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ <br> Name <br><br> ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ <br> Street <br><br> ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ <br> City          State   ZIP Code <br><br> **Relationship to debtor** <br> **President** <br> ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ | **Salary** <br> **$139,299.92** | **2015** <br> **See** <br> **attached** <br> **"Exhibit -** <br> **Robert** <br> **Comeaux** <br> **2015** <br> **Payments"** | **Services rendered as** <br> **employee.** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.3.  **Debra Comeaux** <br> ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ <br> Name <br><br> ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ <br> Street <br><br> ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ <br> City          State   ZIP Code <br><br> **Relationship to debtor** <br> ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ | **Salary** | **2016** <br> **See** <br> **attached** <br> **"Exhibit -** <br> **Debra** <br> **Comeaux** <br> **2016** <br> **Payments"** | **Services rendered as** <br> **employee.** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.4.  **Debra Comeaux** <br> ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ <br> Name <br><br> ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ <br> Street <br><br> ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ <br> City          State   ZIP Code <br><br> **Relationship to debtor** <br> ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ | **Salary** | **2015** <br> **See** <br> **attached** <br> **"Exhibit -** <br> **Debra** <br> **Comeaux** <br> **2015** <br> **Payments"** | **Services rendered as** <br> **employee.** |

**31.  Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes.  Identify below.

**32.  Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
☑ Yes.  Identify below.

Name of the pension fund                                        Employer Identification number of the pension fund
**401(k) Plan - Sentry Insurance**                              EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___
_____

Debtor  **Dominion Steel Specialties, Inc.**                           Case number (if known) _____

Name

## Part 14:   Signature and Declaration

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property in connection
with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is
true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **08/18/2016**
         MM / DD / YYYY

**X** **/s/ Robert R. Comeaux, Jr.**                      Printed name  **Robert R. Comeaux, Jr.**
      Signature of individual signing on behalf of the debtor

      Position or relationship to debtor **President**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☑ No
☐ Yes

Official Form 207                    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                    page 10

B2030 (Form 2030) (12/15)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

In re  **Dominion Steel Specialties, Inc.**                    Case No. _____

                                                               Chapter   **11**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept..............................................Fixed Fee:    **$21,717.00**

   Prior to the filing of this statement I have received.......................................................    **$21,717.00**

   Balance Due...........................................................................................................    **$0.00**

2. The source of the compensation paid to me was:

   ☑ Debtor                    ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor                    ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **08/18/2016** | **/s/ Kimberly A. Bartley** |
| *Date* | *Kimberly A. Bartley*  Bar No.  24032114 |
| | Waldron & Schneider, L.L.P. |
| | 15150 Middlebrook Dr. |
| | Houston, TX 77078 |
| | Phone: (281) 488-4438 / Fax: (281) 488-4597 |

---

**/s/ Robert R. Comeaux, Jr.**

*Robert R. Comeaux, Jr.*
*President*

<table>
<tr><td><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor name | **Dominion Steel Specialties, Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

**Official Form 204**

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Dragon Trading, Inc. 211 East 70th St, Suite 20D New York, NY  10021 | | Vendor/Supplier | | | | $722,341.15 |
| 2 | Chung Woo Wire Rope P.O. Box 5277 Sherorn, MA  01770 | | Vendor/Supplier | | | | $403,179.17 |
| 3 | Yoke, Inc. 17315 Studebaker Rd, Ste 120 Cerritos, CA  90703 | | Vendor/Supplier | | | | $356,982.98 |
| 4 | USHA Martin Americas P.O. Box 120128 Dept 0128 Dallas, TX  75312 | | Business | | | | $285,608.34 |
| 5 | Pelac Central City 5301 Polk St., Bldg 625 Houston, TX  77023 | | Contract/Lease | | | | $101,952.00 |

Debtor   **Dominion Steel Specialties, Inc.**                    Case number (if known) _____
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6  Jiangyin Hengfeng Steel Products Co Ltd No 631 Longding Rd. Shanguan Industrial Park Jiangyin Wuxi Jiangsu, China  21443- | | Vendor/Supplier | | | | $77,282.00 |
| 7  Nantong Hexing Chain Co., Ltd Industrial Zone, Xindian Town Rudding County, Jiangsu Province | | Vendor/Supplier | | | | $69,678.74 |
| 8  KOS American, Inc. 4600 Cantell Rd Flowery Branch, GA 30542 | | Business | | | | $66,505.00 |
| 9  B/A Products Co 8925 McGar Court Columbia, MD  21045 | | Vendor/Supplier | | | | $26,004.96 |
| 10  Samco Sales, Inc. 7444 Calhoun Houston, TX  77033 | | Business | | | | $25,490.69 |
| 11  China Export & Credit Insurance Corporat c/o Elizabeth Dawson Brown & Joseph Ltd One Pierce Place, Ste 1225 | | Vendor/Supplier | | | | $14,105.80 |
| 12  Phoenix Rigging Products 1525A West Orange Grove Ave Orange, CA  92868 | | Vendor/Supplier | | | | $10,915.72 |
| 13  Universal Int'l Services Inc P.O. Box 60446-AMF Houston, TX  77205 | | Vendor/Supplier | | | | $8,504.48 |

Debtor **Dominion Steel Specialties, Inc.** _____   Case number (if known) _____

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14  UASD INC 26328 Corporate Ave Hayward, TX  94545 | | Vendor/Supplier | | | | $7,702.50 |
| 15  US Rigging Supply 1600 E McFadden Sanda Ana, CA  94705 | | Vendor/Supplier | | | | $6,106.10 |
| 16  Saturn Industries Ltd 37 Sylvan Way Winnipeg, MB R2R 2B9 | | Vendor/Supplier | | | | $5,710.74 |
| 17  Quality Marine 5001 Lindsay Ct Chino, CA  91710 | | Vendor/Supplier | | | | $3,959.65 |
| 18  McWhirter Wood Products, Inc. 5815 Schuler St Houston, TX  77007 | | Vendor/Supplier | | | | $2,729.55 |
| 19  Columbus McKinnon Corp P.O. Box 536400 Pittsburgh, PA  15253 | | Business | | | | $1,748.89 |
| 20  Southwestern Motor Tansport P.O. Box 47906 San Antonio, TX  78265 | | Vendor/Supplier | | | | $1,663.22 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Dominion Steel Specialties, Inc.**                    CASE NO

                                                                                      CHAPTER    **11**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

     The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date _8/18/2016_____                    Signature _/s/ Robert R. Comeaux, Jr._____
                                                                                      *Robert R. Comeaux, Jr.*
                                                                                      *President*


Date _____                    Signature _____

5M Rope & Supply
2505 Max Road
Pearland, TX  77581


Accu-Tech Computer Services
P.O. Box 82609
Baton Rouge, LA  70883


Aguirre's Trucking
P.O. Box 231312
Houston, TX  77223


All-Star Tire Co., Inc.
P.O. Box 5039
Houston,TX  77262


American Express


Apple Courier
1547 Laird
Houston, TX  77008


Austin Capital Retirement Plan
1700 Pacific Ave, Ste 3650
Dallas, TX  75201


B/A Products Co
8925 McGar Court
Columbia, MD  21045


Blair Corporation
26797 Hanna Rd
Building 2, Suite 2
Oak Ridge North, TX  77385

Block Division, Inc.
P.O. Box 1297
Wichita Falls, TX  76307


Blue & Grey Transport
P.O. Box 809182
Chicago, IL  60609


Blue Cross Blue Shield of TX
P.O. Box 1186
Chicago, IL  60609


Brunel & Sucar, Inc.
301 Wells Fargo Dr
Suite C-5
Houston, TX  7090


Cartridge World Montrose
2055 Westheimer, Ste 165
Houston, TX  77098


China Export & Credit Insurance Corporat
c/o Elizabeth Dawson
Brown & Joseph Ltd
One Pierce Place, Ste 1225
W Itasca, IL  60143

Chung Woo Wire Rope
P.O. Box 5277
Sherorn, MA  01770


Columbus McKinnon Corp
P.O. Box 536400
Pittsburgh, PA  15253


Cox Communications, Inc.
P.O. Box 61027
New Orleans, LA  70161

```
Crestmark Bank
5480 Corporate Dr, Ste 350
Troy, MI  48098


Dragon Trading, Inc.
211 East 70th St, Suite 20D
New York, NY  10021


Fastway Frieght Systems
P.O. Box 87644
Houston, TX  77287


Ferrellgas
P.O. Box 173940
Denver, CO  80217


General Work Products
4912 Mehurin St
Jefferson, LA  70121


Gorman Uniform
9021 Katy Freeway
Houston, TX  77024


Humana Insurance Company
P.O. Box 533
Carol Stream, IL  60132


J's Delivery Service
P.O. Box 230934
Houston, TX  77223


J. Michael Jones
The Leviton Law Firm, Ltd
3 Golf Center, Ste 361
Hoffman Estates, IL  60169
```

Jiangyin Hengfeng Steel Products Co Ltd
No 631 Longding Rd.
Shanguan Industrial Park
Jiangyin Wuxi
Jiangsu, China   21443-4437

Kahanek Printing
1112 Kress St
Houston, TX   77020


KOS American, Inc.
4600 Cantell Rd
Flowery Branch, GA   30542


Laclede Chain Manufacturing Co
3201 Momentum Place
Chicago, IL   60689


Mark Frederick & Assoc
P.O. Box 842569
Houston, TX   77284


McWhirter Wood Products, Inc.
5815 Schuler St
Houston, TX   77007


Nantong Hexing Chain Co., Ltd
Industrial Zone, Xindian Town
Rudding County, Jiangsu Province
Nantong, China


Net Slyder, Inc.
P.O. Box 842569
Houston, TX   77284


On Hold Marketing Works
9135 Katy Frwy, Ste 217
Houston, TX   77024

Ozarka
P.O. Box 856680
Louisville, KY  40285


Pelac Central City
5301 Polk St., Bldg 625
Houston, TX  77023


Phoenix Rigging Products
1525A West Orange Grove Ave
Orange, CA  92868


PSR Sales
P.O. Box 211320
Eagan, MN  55121


Quality Marine
5001 Lindsay Ct
Chino, CA  91710


Quality Reel Solutions, LLC
4555 AirlineDr., Ste 105
Houston, TX  77022


Republic Services #852
P.O. Box 78829
Phoeniz, AZ  85062


Robert R. Comeaux, Jr.
1409 Pine Ash Court
Pearland, TX  77581


Samco Sales, Inc.
7444 Calhoun
Houston, TX  77033

Saturn Industries Ltd
37 Sylvan Way
Winnipeg, MB R2R 2B9


Shred Pro
P.O. Box 690166
Houston, TX  77269


Southeast Pallet, Inc.
P.O. Box 262393
Houston, TX  77207


Southwestern Motor Tansport
P.O. Box 47906
San Antonio, TX  78265


Sunbelt Industrial Trucks
1617 Terre Colony Court
Dallas, TX  75212


UASD INC
26328 Corporate Ave
Hayward, TX  94545


Uline
P.O. Box 88741
Chicago, IL  60680


Universal Forklift Supply LLC
9159 Wallisville Rd
Houston, TX  77023


Universal Int'l Services Inc
P.O. Box 60446-AMF
Houston, TX  77205

US Rigging Supply
1600 E McFadden
Sanda Ana, CA  94705


USHA Martin Americas
P.O. Box 120128
Dept 0128
Dallas, TX  75312


Van Beest USA LLC
P.O. Box 15674
Houston, TX  77220


Volunteer Wire Rope
2716 John Deere Dr
Knoxville, TN  37197


Yoke, Inc.
17315 Studebaker Rd, Ste 120
Cerritos, CA  90703

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:                                                              CHAPTER    **11**

**Dominion Steel Specialties, Inc.**


DEBTOR(S)                                                    CASE NO


## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| Chung Woo Wire rope<br>P.O. Box 5277<br>Sherorn, MA  01770 | B | 100% | Preferred |
| Robert R. Comeaux, Jr.<br>5301 Polk<br>Bldg 18<br>Houston, TX  77023 | A | 100% | Common |

**DECLARATION UNDER PENALTY OF PERJURY**
**ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the _____**President**_____ of the _____**Corporation**_____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date:__**8/18/2016**_____            Signature:__**/s/ Robert R. Comeaux, Jr.**_____

                                                                                   **Robert R. Comeaux, Jr.**
                                                                                   **President**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

IN RE:

**Dominion Steel Specialties, Inc.**

§
§
§
§
§

Case No. _____

Chapter   **11**_____

Debtor(s)

## DECLARATION FOR ELECTRONIC FILING OF BANKRUPTCY
## PETITION, LISTS, STATEMENTS, AND SCHEDULES

## PART I: DECLARATION OF PETITIONER:

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case.  I have read the information provided in the petition, lists, statements, and schedules to be filed electronically in this case and I HEREBY DECLARE UNDER PENALTY OF PERJURY that the information provided therein, as well as the social security information disclosed in this document, is true and correct.  I understand that this Declaration is to be filed with the Bankruptcy Court within five (5) business days after the petition, lists, statements, and schedules have been filed electronically.  I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

☐ *[Only include for Chapter 7 individual petitioners whose debts are primarily consumer debts] --*
I am an individual whose debts are primarily consumer debts and who has chosen to file under chapter 7.  I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each chapter, and choose to proceed under chapter 7.

☑ *[Only include if petitioner is a corporation, partnership or limited liability company] --*
I hereby further declare under penalty of perjury that I have been authorized to file the petition, lists, statements, and schedules on behalf of the debtor in this case.

Date:  **8/18/2016**_____        **/s/ Robert R. Comeaux, Jr.**_____
Robert R. Comeaux, Jr.
President
**Complete EIN:  27-0017611**_____

## PART II: DECLARATION OF ATTORNEY:

I declare UNDER PENALTY OF PERJURY that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date:  **8/18/2016**_____                          **/s/ Kimberly A. Bartley**_____
Kimberly A. Bartley, Attorney for Debtor